ROONEY, CHAD & TABITHA

10-11500

Claim 000003, Payment 0.18%
Lifetime Health Medical Group
PO Box 67320
Rochester, NY 14617

Acct. 157076

1939537

PAY TO THE ORDER OF

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

BANK OF AMERICA, N.A.

32-1/1110 TX
0

CHECK NUMBER

1006

DATE: 05/20/11   AMOUNT: ***********0.32

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-11500    A | Debtor: ROONEY, CHAD PETER |
| | Joint Debtor: ROONEY, TABITHA JOHNSON |

Zero Dollars And 32/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001006⑆ ⑈111000012⑈ 4437860521⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228589    - SM
* * C O P Y * *
May 24, 2011
11:05:50

UNC.UNDER$25
10-11500
Debtor.: CHAD PETER ROONEY
Trustee: Barbara Rivera-Fulton
Amount.:           $0.32 CH
Check#.: 1006

Total-> $0.32

FROM: RIVERA-FULTON

5/24/11
Deposit to 106000
Due: Lifetime Health Medical Group

CV.